IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERRANCE BISHOP, Individually and For
Others Similarly Situated

      Plaintiff,

      vs.                                                                                                1:24-cv-00843-KWR

MERIDIAN SERVICES GROUP, LLC f/k/a
WORK MANAGEMENT, INC.

      Defendant.

## JUDGMENT

      Consistent with the Order entered concurrently with this judgment, the Court dismisses the federal claims in this case against Meridian Services Group, LLC.

      **IT IS THEREFORE ORDERED AND ADJUDGED** that the federal claims against Defendant in this case are **DISMISSED WITHOUT PREJUDICE**.

                                                                      /S/
                                                                KEA W. RIGGS
                                                                UNITED STATES DISTRICT JUDGE